IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-02297-MSK-KLM

DOROTHY E. JONES,

      Plaintiff,

v.

SICKENDICK, Sgt, and
THORNTON, Lt.,

      Defendants.

---

# FINAL JUDGMENT

---

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Order filed on July 29, 2013, adopting the Recommendation issued by the Magistrate Judge (**Doc. #21**) to grant the Motion to dismiss (**Doc. #18),** it is

ORDERED that the Recommendation of Magistrate Judge Mix is **ADOPTED**. The Plaintiff's claims are dismissed without prejudice and the case is closed.  It is further

ORDERED that defendants are AWARDED their costs, to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this  2nd  day of August, 2013.

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                              By: s/ Edward P. Butler
                              Edward P. Butler, Deputy Clerk